UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YENSI MIGUEL SOTO ECHAVARRIA, *on behalf of himself and all other persons similarly situated*,

   Plaintiff,

-against-

PALO BLANCO DELI GROCERY, CORP., 750 ASTOR DELI & GROCERY, CORP., JOSE A. CASTILLO, and FRANKLIN PIMENTAL (A/K/A VLADIMIR CASTILLO),

   Defendants.

Case No. 1:22-cv-07614-JGLC

**JUDGMENT**

On **Nov 3, 2023** Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure.

NOW, it is hereby ORDERED, ADJUDGED, AND DECREED, as follows: That the Plaintiff, YENSI MIGUEL SOTO ECHAVARRIA, has judgment against Defendants, PALO BLANCO DELI GROCERY, CORP., 750 ASTOR DELI & GROCERY, CORP., JOSE A. CASTILLO, and FRANKLIN PIMENTAL (A/K/A VLADIMIR CASTILLO), jointly and severally, in the amount of ($240,000.00), plus reasonable attorney's fees and costs for enforcement hereof, subject to the parties' settlement agreement and release dated **Nov 3**, 2023.

Dated: _____, 2023

_____
United States District Judge Jessica G. L. Clarke