UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YENSI MIGUEL SOTO ECHAVARRIA, *on behalf of himself and all other persons similarly situated*,

Plaintiff,

-against-

PALO BLANCO DELI GROCERY, CORP., 750 ASTOR DELI & GROCERY, CORP., JOSE A. CASTILLO, and FRANKLIN PIMENTAL (A/K/A VLADIMIR CASTILLO),

Defendants.

Case No. 1:22-cv-07614-JGLC

**JUDGMENT**

On **Nov 3, 2023**, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure.

NOW, it is hereby ORDERED, ADJUDGED, AND DECREED, as follows: That the Plaintiff, YENSI MIGUEL SOTO ECHAVARRIA, has judgment against Defendants, PALO BLANCO DELI GROCERY, CORP., 750 ASTOR DELI & GROCERY, CORP., JOSE A. CASTILLO, and FRANKLIN PIMENTAL (A/K/A VLADIMIR CASTILLO), jointly and severally, in the amount of ($240,000.00), plus reasonable attorney's fees and costs for enforcement hereof, subject to the parties' settlement agreement and release dated **Nov 3**, 2023.

Dated: __November 6__, 2023

_Jessica Clarke_
United States District Judge Jessica G. L. Clarke

Any pending motions are moot. All conferences, including the initial pretrial conference scheduled for November 8, 2023, are cancelled. The Clerk of Court is directed to CLOSE the case.